```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GAMMA RHO CHAPTER OF ALPHA PHI
DELTA FRATERNITY, et al.,

                          Plaintiffs,

    - against -

CITY UNIVERSITY OF NEW YORK, et al.,

                          Defendants.
------------------------------------------------------------x

**STIPULATION AND ORDER
OF DISMISSAL
WITH PREJUDICE OF
THE ACTION PURSUANT
TO FED. R. CIV. P. 41(A)**

Original filed via ECF

17 CV 9766 (NRB)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that Plaintiffs' claims against Defendants in the Complaint in the above-referenced action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his or her own costs and attorneys' fees.

Dated: New York, New York
       June 4 , 2019

(Signatures on Page 2.)

Dated: June 4, 2019

*Attorneys for Plaintiffs*
By:

_____
Thomas A. Mauro, Esq.
1776 K Street N.W.
Washington, D.C. 20006
(202) 457-9865

_____
Edward S. Sawchuk, Esq.
89-10 Sutphin Blvd.
Jamaica, NY 11435
(917) 783-1609

Dated: New York, New York
June 4, 2019

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*
By:

_____
Jaclyn D. Saffir, Esq.
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-6286

SO ORDERED:

_____
The Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dated: June 4, 2019

2